# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY DUNN

NO. 2020 KW 1142

**DECEMBER 30, 2020**

---

In Re:   Donald Ray Dunn, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-00242.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The district court's ruling denying the State's motion to disqualify defense counsel and his firm from representation of the defendant due to a conflict of interest is reversed and this matter is remanded for further proceedings. See **State v. Clausen,** 2012-2167 (La. 12/14/12), 104 So.3d 410 (*per curiam*).

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT